IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ECOLOGY MIR GROUP, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 1:17-cv-00755-LMB-IDD |
| | : |
| JOSEPH J. HANSON, et al., | : |
| | : |
| Defendants. | : |

_____

NOTICE OF APPEARANCE AND REQUEST FOR ECF NOTICING

Defendants, JOSEPH J. HANSON and BLACKCREST ASSOCIATES, LLC, by counsel, submit this Notice of Appearance and Request for ECF Noticing as, though Nathan Baney has filed documents on behalf of JOSEPH J. HANSON and BLACKCREST ASSOCIATES, LLC and is listed as "Lead Attorney," he has not been getting emails of docket entries and so files this to notify the Clerk of his request for notices in the aforementioned case.

The full name and contact information of Mr. Baney is as follows:

>Nathan D. Baney
>Va. Bar # 75935
>BANEYLAW, P.C.
>2121 Eisenhower Ave, Suite 200
>Alexandria, Virginia  22314
>Telephone: 571.303.9102
>Facsimile:  240.556.0304
>Email:  Nathan@baneylaw.com

Respectfully Submitted,

/s/ Nathan D. Baney_____
Nathan D. Baney
Va. Bar # 75935
BANEYLAW, P.C.
2121 Eisenhower Ave, Suite 200
Alexandria, Virginia  22314
Telephone: 571.303.9102
Facsimile:  240.556.0304
Email:  Nathan@baneylaw.com

## CERTIFICATE OF SERVICE

Nathan D. Baney, hereby certifies that on August 15, 2017 he electronically filed the foregoing Notice of Appearance and Request for Notices with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew S. Baugher (VSB #74663)
Patrick C. Asplin (VSB #46620)
Lenhart Pettit
90 N. Main St.
P.O. Box 1287
Harrisonburg, Virginia  22803
Tel: 540.437.3100
Fax:  540.437.3101
pca@lplaw.com
asb@lplaw.com
*Counsel for Plaintiff*


/s/ Nathan D. Baney_____