IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ECOLOGY MIR GROUP, LLC,

    Plaintiff,

v.                                            Civil Action No. 1:17-CV-00755-LMB-IDD

JOSEPH J. HANSON,

and

BLACKCREST ASSOCIATES, LLC,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed among Plaintiff, Ecology Mir Group, LLC, and Defendants, Joseph J. Hanson and Blackcrest Associates, LLC, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action and all claims alleged herein are DISMISSED WITH PREJUDICE.

    Respectfully submitted,

/s/ Andrew S. Baugher
ANDREW S. BAUGHER (VSB #74663)
Lenhart Pettit PC
90 North Main Street, Suite 201
P. O. Box 1287
Harrisonburg, Virginia 22803
Tel: (540) 437-3138
Fax: (540) 437-3101
asb@lplaw.com
*Counsel for Plaintiff*

/s/ Nathan D. Baney
NATHAN D. BANEY (VSB #75935)
BaneyLaw, P.C.
2121 Eisenhower Ave., Suite 200
Alexandria, Virginia 22314
Tel: (571) 303-9102
Fax: (240) 556-0304
Nathan@baneylaw.com
*Counsel for Defendants*

CERTIFICATE OF SERVICE

      I hereby certify that on September 25, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Nathan D. Baney, Esq.
>BANEYLAW, P.C.
>2121 Eisenhower Ave., Suite 200
>Alexandria, Virginia 22314
>Nathan@baneylaw.com
>*Counsel for Defendants*

>/s/ Andrew S. Baugher
>Counsel for Plaintiff

638542